IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, aka<br>ANTONIO GUERRERO, | |
| Plaintiff, | CV F 07 1630 LJO GSA PC |
| vs. | ORDER RE MOTION TO DISMISS |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On December 18, 2007 and January 4, 2008, motions to dismiss were filed by DefendantGEO California, Inc. The motion for partial dismissal is set for hearing on February 4, 2008. On December 19, 2007, a minute order was entered, re-designating this action as a pro se civil rights case. Pursuant to Local Rule 78-230(m), the motions to dismiss will be submitted on the record when the time for filing a reply to any opposition runs.

Accordingly, IT IS HEREBY ORDERED that the hearing set for February 4, 2008, is taken off calendar. The matter will be submitted when the time for filing a reply to any opposition runs.

IT IS SO ORDERED.

**Dated: January 11, 2008**                    **/s/ Gary S. Austin**
                                                                                 UNITED STATES MAGISTRATE JUDGE

1