IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE MORENO, aka
ANTONIO GUERRERO,

      Plaintiff,                    CV F 07 1630 LJO GSA  PC

      vs.                              ORDER

UNITED STATES OF AMERICA, et al.,

      Defendants.

      On January 14, 2008, an order was entered, re-designating this action as a prisoner civil rights case.  The order erroneously noted that this action proceeds as a pro se civil rights action. Plaintiff is represented by counsel.  This action proceeds as a prisoner civil rights action with retained counsel.  As noted in the January 14th order, the motion to dismiss was taken off calendar pursuant to Local Rule 78-230(m).  The motion to dismiss remains off calendar, and the motion will be submitted on the pleadings.  The hearing date for the motion to dismiss is vacated.

IT IS SO ORDERED.

**Dated: January 25,  2008**                                       /s/ Gary S. Austin
                                                          UNITED STATES MAGISTRATE JUDGE

1