1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOSE MORENO a.k.a.                          CASE NO. 1:07-cv-01630-LJO-GSA
   ANTONIO GUERRERO,
10                                             ORDER VACATING HEARING ON MOTION
                      Plaintiff,               TO DISMISS SET FOR MARCH 20, 2008,
11                                             AND DIRECTING THE PARTIES TO REFER
        v.                                     TO LOCAL RULE 78-230(M) FOR
12                                             OPPOSITION AND REPLY DEADLINES
   THE UNITED STATES
13 OF AMERICA et al.,                          (Doc. 23)

14                    Defendants.
   _____/
15

16         On February 14, 2008, Defendant United States of America filed a Motion to Dismiss and

17 set it for hearing on March 20, 2008, at 8:30 a.m. in Courtroom 4 before the undersigned.  The

18 hearing is HEREBY VACATED from the Court's calendar and it shall be submitted upon the record.

19 Local Rule 78-230(h).  The parties shall refer to Local Rule 78-230(m) for the opposition and reply

20 deadlines.

21

22 IT IS SO ORDERED.

23 **Dated:    February 15, 2008               /s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE
24

25

26

27

28

                                          1