IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO,<br><br>          Plaintiff,<br><br>     vs.<br><br>UNITED STATES OF AMERICA,<br>et. al.,<br><br>          Defendants. | **Old Case No. 1:07cv1630 LJO GSA**<br>**New Case No. 1:07cv1630 LJO SMS**<br><br>ORDER DISQUALIFYING<br>MAGISTRATE JUDGE |

   Good cause appearing, the undersigned disqualifies himself from all proceedings of the present action.  The Clerk of the Court has reassigned this action to the docket of a different Magistrate Judge.  The new case number shall be **1:07cv1630 LJO SMS**.  All future pleadings shall be so numbered.  Failure to use the correct case number may result in delay in your documents being received by the correct judicial officer.

   IT IS SO ORDERED.

1

Dated: **February 15, 2008**               /s/ **Gary S. Austin**
                                           UNITED STATES MAGISTRATE JUDGE