# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO a.k.a.<br>ANTONIO GUERRERO,<br><br>             Plaintiff,<br><br>   v.<br><br>THE UNITED STATES<br>OF AMERICA et al.,<br><br>            Defendants. | CASE NO. 1:07-cv-01630-LJO-SMS<br><br>ORDER DISMISSING DEFENDANT WACKENHUT CORP. WITH PREJUDICE PURSUANT TO STIPULATION OF DISMISSAL, AND DISMISSING DEFENDANTS UNITED STATES AND BUREAU OF PRISONS WITHOUT PREJUDICE PURSUANT TO NOTICE OF VOLUNTARY DISMISSAL<br><br>(Docs. 14 and 29)<br><br>ORDER DISREGARDING NOTICE OF VOLUNTARY DISMISSAL OF NON-PARTIES JONES AND ADLER<br><br>(Doc. 30) |

On December 19, 2007, Plaintiff and Defendant The GEO Group, Inc. filed a stipulation of dismissal with prejudice of Defendant The Wackenhut Corp. On February 27, 2008, Plaintiff filed a notice of voluntary dismissal of Defendants United States of America and United States Bureau of Prisons, without prejudice. Finally, on March 7, 2008, Plaintiff filed a notice of voluntary dismissal of Defendants Daniel Jones and Neil Adler, without prejudice.

Jones and Adler are not named as defendants in the amended complaint filed on February 21, 2008. Accordingly, they are no longer parties and the notice of voluntary dismissal is HEREBY DISREGARDED.

///

1  Pursuant to the stipulation and notice of voluntary dismissal, Defendant The Wackenhut
2  Corp. is DISMISSED, WITH PREJUDICE, and Defendants United States of America and United
3  States Bureau of Prisons are DISMISSED, WITHOUT PREJUDICE.[1]

5  IT IS SO ORDERED.

6  **Dated:   April 25, 2008**                               /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE

---

[1] The parties are directed to docket entry 31.  Stipulations and notices such as those at issue here require approval of the Court and submission of a proposed order for use by the Court.  Plaintiff was notified of the deficiencies in his two filings and directed to resubmit them.  Plaintiff failed to do so.  Future filings not in compliance with the requirements will be stricken from the record.