# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO a.k.a.<br>ANTONIO GUERRERO,<br><br>           Plaintiff,<br><br>    v.<br><br>THE UNITED STATES<br>OF AMERICA et al.,<br><br>           Defendants. | CASE NO. 1:07-cv-01630-LJO-SMS<br><br>ORDER DENYING DEFENDANTS UNITED STATES AND BUREAU OF PRISONS' MOTION TO DISMISS AS MOOT IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 23) |

Defendants United States of America and Bureau of Prisons filed a motion to dismiss on February 14, 2008. On February 27, 2008, Plaintiff filed a notice of voluntary dismissal of both Defendants from this action. Accordingly, Defendants' motion to dismiss is moot and is HEREBY DENIED on that ground.

IT IS SO ORDERED.

**Dated:   April 25, 2008**              /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE