1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JOSE MORENO a.k.a.                        CASE NO. 1:07-cv-01630-LJO-SMS
   ANTONIO GUERRERO,
10                                           ORDER DENYING DEFENDANT THE GEO
                        Plaintiff,           GROUP'S MOTION TO DISMISS AS MOOT
11                                           IN LIGHT OF FILING OF AMENDED
        v.                                   COMPLAINT
12
   THE UNITED STATES                         (Doc. 10 and 16)
13 OF AMERICA et al.,
                                             ORDER REQUIRING DEFENDANT THE GEO
14                      Defendants.          GROUP TO FILE A RESPONSE TO
                                             PLAINTIFF'S AMENDED COMPLAINT
15                                           WITHIN THIRTY DAYS
16                                           (Doc. 26)
17  _____/

18         Defendants The Geo Group, Inc. filed a motion to dismiss on December 18, 2007.  Plaintiff

19  filed an amended complaint on February 21, 2008.  Accordingly, Defendant's motion to dismiss is

20  moot and is HEREBY DENIED on that ground.  Defendant has **thirty (30) days** from the date of

21  service of this order within which to file a response to Plaintiff's amended complaint.

22

23  IT IS SO ORDERED.

24  **Dated:    April 25, 2008**                    **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE
25
26
27
28

1