1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

7
8
9   JOSE MORENO a.k.a.                    CASE NO. 1:07-cv-01630-LJO-SMS
    ANTONIO GUERRERO,
10                                        ORDER CHANGING TITLE OF ACTION
                        Plaintiff,        FOLLOWING DISMISSAL OF CERTAIN
11                                        DEFENDANTS AND DIRECTING PARTIES
        v.                                AND CLERK'S OFFICE TO CHANGE THEIR
12                                        RECORDS ACCORDINGLY
    THE GEO GROUP, INC., et al.,
13
                        Defendants.
14   _____/

15
16          Following the dismissal of Defendants the United States, the Bureau of Prisons, and

17   Wackenhut on April 25, 2008, this action shall be entitled *Moreno v. The GEO Group, Inc., et al.*

18   rather than *Moreno v. United States of America, et al.*  The parties and the Clerk's Office are

19   HEREBY DIRECTED to change their records accordingly.

20
    IT IS SO ORDERED.
21
    **Dated:    April 25, 2008**              **/s/ Lawrence J. O'Neill**
22                                         UNITED STATES DISTRICT JUDGE
23
24
25
26
27
28

1