# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO a.k.a.<br>ANTONIO GUERRERO,<br><br>    Plaintiff,<br><br>v.<br><br>The GEO Group, Inc., et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:07-cv-01630-LJO-SMS<br><br>ORDER VACATING HEARING SET FOR JULY 1, 2008, AT 8:30 A.M., AND DIRECTING THE PARTIES TO LOCAL RULE 78-230(M) FOR OPPOSITION AND REPLY DEADLINES<br><br>(Doc. 39) |

  On May 28, 2008, Defendants The GEO Group, Inc. and Lauire Watts filed a Motion to Dismiss and set it for hearing on July 1, 2008, at 8:30 a.m. in Courtroom 4 before the undersigned. The hearing is HEREBY VACATED from the Court's calendar and it shall be submitted upon the record. Local Rule 78-230(h). The parties shall refer to Local Rule 78-230(m) for the opposition and reply deadlines.

IT IS SO ORDERED.

**Dated:   June 10, 2008**       /s/ Lawrence J. O'Neill
                      UNITED STATES DISTRICT JUDGE