IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MORENO, aka ANTONIO GUERRERO,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GEO GROUP, INC., et al.,<br><br>    Defendants. | No. 1:07-CV-1630-CKJ<br><br>**ORDER** |

Upon stipulation of the parties,

IT IS ORDERED this matter is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED the parties are to bear their own costs and attorneys' fees.

IT IS FURTHER ORDERED the Clerk of the Court shall close its file in this matter.

DATED this 10th day of April, 2009.

                                                              Cindy K. Jorgenson
                                                            United States District Judge